UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWADO AUDIO CO. LTD. and AIWA CO., LTD.,<br><br>                Plaintiffs<br><br>-against-<br><br>AIWA CORPORATION,<br><br>                Defendant. | **ORDER**<br><br>20 Misc. 52 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Aiwa Corporation is the defendant in the underlying action of <u>Towado Audio Co. Ltd. and Aiwa Co., Ltd. v. Aiwa Corporation</u>, No. 18 Civ. 4397 (N.D. Ill.). On January 28, 2020, Aiwa Corporation moved this Court on January 28, 2020 for an order (a) compelling non-party Iconix Brand Group, Inc. ("Iconix") to comply with the subpoena issued to it by Aiwa by responding to all document requests therein within fourteen days of the entry of the Court's Order; (b) for an award of its attorneys' fees and costs incurred in bringing this motion; and (c) for such other and further relief as the Court may deem just and proper. (Dkt. No. 1)

        It is hereby ORDERED that Iconix shall file a response with this Court to Aiwa Corporation's motion by **February 20, 2020**. Aiwa Corporation is directed to serve Iconix with this Order, its original motion, and supporting papers by overnight mail by **February 7, 2020**, and to file an affidavit of service with this Court.

Dated: New York, New York
       February 5, 2020

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge