# masuda funai

Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street
Suite 2500
Chicago, IL 60601
P 312.245.7500  F 312.245.7467

David J. Stein
Attorney at Law
DStein@masudafunai.com
Tel 312.245.7500
Fax 312.245.7467

February 19, 2020

***Via ECF Filing***
Honorable Paul G. Gardephe
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Towada Audio Co., Ltd. v. Aiwa Corporation*, 1:20-mc-00052-PGG

Dear Judge Gardephe:

We represent Defendant Aiwa Corporation and initiated the above captioned Miscellaneous Action to enforce the subpoena issued to third-party Iconix Brand Group, Inc. After the filing of the above entitled Miscellaneous Action, we were contacted by counsel for the subpoena respondent Iconix Brand Group, Inc. Counsel has subsequently complied with its client's obligations to respond to our subpoena and produce responsive documents, and therefore, we respectfully request that the Motion to Compel be withdrawn and the Miscellaneous Action be closed at this time, with the parties to bear their own costs. Counsel for Iconix Brand Group, Inc. is in agreement with this request to the Court.

If there are any questions, please advise the undersigned. We appreciate the Court's assistance in this matter.

Very truly yours,

Masuda, Funai, Eifert & Mitchell, Ltd.

David J. Stein

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Feb. 21, 2020

cc: Jiwon Yhee, *via e-mail*
Howard Koh, counsel for subpoena respondent Iconix, *via e-mail* (hsk@msf-law.com)
Jeffrey Weingart, counsel for subpoena respondent Iconix, *via e-mail* (jpw@msf-law.com)